IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| JERRY COOK II, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO.  7:25-cv-00074-RCG |
| | § | |
| CITY OF STANTON, TEXAS, | § | |
| | § | |
| DEFENDANT. | § | JURY DEMANDED |

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

Plaintiff Jerry Cook files this Designation of Expert Witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2) and the Scheduling Recommendations submitted by the parties.

1. Plaintiff hereby designates the following individual as an expert on the issue of Plaintiff's medical care, condition, need for reasonable accommodation, and ability to return to work.  She is a non-retained medical provider.

   Carrie Michelle Watson, FNP-C
   Santa Rosa Internal Medicine
   4507 Santa Rosa Dr.
   Midland, TX 79707-2260
   432-221-5181

2. Plaintiff hereby designates the following individuals as experts on the issue of attorneys' fees and costs.

   Holly B. Williams
   Williams Law Firm, PC
   1209 W Texas Ave
   Midland, TX 79701-6173
   (432) 682-7800

   Ms. Williams is the attorney of record for Plaintiff in this case.  She may testify as an expert witness regarding reasonable and necessary attorneys' fees and costs.  Ms. Williams has been licensed to practice law in Texas since 1993.  She is Board Certified in Labor and Employment Law by the Texas Board of Legal Specialization.  She will testify that rates and time incurred to date are reasonable and necessary.  Ms. Williams has been maintaining contemporaneous time

records which are available for review at the appropriate time based on reasonable notice and opportunity to redact attorney work product. Upon trial of the case, Ms. Williams may testify as to an appropriate fee based on the "lodestar" factors. She cannot form her opinions until the trial is completed.

    Brian Carney
    Carney Law Firm
    1202 W. Texas Ave.
    Midland, TX 79701
    (432) 686-8300

Mr. Carney is an attorney who practices in the areas of personal injury, criminal defense, civil rights, and labor and employment law in West Texas. He has been licensed to practice law in Texas since 1991. He may testify as an expert witness regarding reasonable and necessary attorneys' fees and costs, including but not limited to reasonable and customary rates for attorneys and support staff in West Texas. He may testify as to an appropriate fee based on the "lodestar" factors. He cannot form his opinions until the trial is completed.

    Kyla Gail Cole
    Cole Legler PLLC
    3300 Oak Law Avenue, Suite 425
    Dallas, TX 75219
    (214) 748-7777

Ms. Cole is an attorney who practices in the area of Labor and Employment Law throughout Texas, including West Texas. She has been licensed to practice law in Texas since 2001. She may testify as an expert witness regarding reasonable and necessary attorneys' fees and costs, including, but not limited to, reasonable and customary rates for attorneys and support staff in West Texas. She may testify as to an appropriate fee based on the "lodestar" factors. She cannot form her opinions until the trial is completed.

Also being provided is a copy of the 2023 Texas Employment Lawyers Association Attorneys' Fees Hourly Rates Yearbook – which is a detailed compilation of actual attorney fee awards in the State of Texas for employment law cases. Only the section for the Western District of Texas has been provided. Any or all of the attorneys may rely on the information in the Yearbook.

Respectfully submitted,

By: /s/ Holly B. Williams
    Holly B. Williams
    Texas Bar No. 00788674

**WILLIAMS LAW FIRM, P. C.**
1209 W. Texas Avenue
Midland, TX 79701
432-682-7800
432-682-1112 (fax)
holly@williamslawpc.com

**ATTORNEY FOR PLAINTIFF**
**JERRY COOK II**

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2025, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Western District of Texas, using the electronic case filing (CM/ECF) system of the court.

By: /s/ Holly B. Williams
    Holly B. Williams