IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **JERRY COOK II,** § | |
| *Plaintiff,* § | |
| § | |
| v. § | MO: 25-CV-00074-RCG |
| § | |
| **CITY OF STANTON, TEXAS,** § | |
| *Defendant.* § | |

## SCHEDULING ORDER

The Agreed Scheduling Recommendations provided by the parties on September 12, 2025 (Doc. 14) are adopted by the Court. Therefore, the following dates are entered to control the course of this case:

1. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **6/12/2025**, and each opposing party shall respond, in writing, by **6/26/2025**.

2. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **7/14/2025**.

3. All parties asserting claims for relief shall file their designation of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by **6/13/2025**. Parties resisting claims for relief shall file their designation of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by **7/29/2025**. All designations of rebuttal experts shall be designated within 14 days of receipt of the report of the opposing expert.

4. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within thirty (45) days of receipt of the written report of the expert's proposed testimony, or within thirty (45) days of the expert's deposition, if a deposition is taken, whichever is later.

5. The parties shall complete discovery on or before **2/2/2026**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

6. Dispositive motions shall be filed no later than **3/2/2026**. Dispositive motions as

defined in Local Rule CV-7(c) and responses to dispositive motions shall be limited to twenty (20) pages in length. Replies, if any, shall be limited to ten (10) pages in length in accordance with Local Rule CV-7(e).

7. The Final Pretrial Conference for this case is set for **6/12/2026 at 1:30 p.m**. The parties shall file their pretrial submissions in accordance with the provisions set out in Local Rule CV-16(e). Pretrial submissions shall also be provided in a USB Flash Drive.

8. This case is set for jury selection/trial on **7/13/2026 at 8:00 a.m.**

It is so **ORDERED**.

SIGNED this 6th day of October, 2025.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE