IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| **JERRY COOK II,**<br>Plaintiff,<br><br>v.<br><br>**CITY OF STANTON, TEXAS**<br>Defendant. | §<br>§<br>§<br>§<br>§ CAUSE NO. 7:25-cv-00074-DC-RCG<br>§<br>§<br>§<br>§ |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE U.S. DISTRICT COURT:

COME NOW Plaintiff Jerry Cook II ("Plaintiff") and Defendant City of Stanton, Texas ("Defendant") (collectively, "Parties") and file this Joint Stipulation of Dismissal with Prejudice. The Parties have reached an agreement to settle all outstanding issues and disputes. As such, the Parties hereby jointly stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be **DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Parties consent to the form and content of this Joint Stipulation of Dismissal with Prejudice, thus it is effective upon filing. Fed. R. Civ. P. 41 (a)(1)(A)(ii).

Respectfully Submitted,

WILLIAMS LAW FIRM, P.C.
1209 W. Texas Ave.
Midland, Texas 79701
432-682-7800

By:   /s/ Holly B. Williams
      **Holly B. Williams**
      State Bar No. 00788674
      holly@williamslawpc.com

      **ATTORNEY FOR JERRY COOK II**

|  |  |
|---|---|
|  | COTTON, BLEDSOE, TIGHE & DAWSON, P.C.<br>P.O. Box 2776<br>Midland, Texas 79702<br>(432) 684-5782<br>(432) 682-3672 Fax |
| By: | /s/ *Monique R. Wimberly*<br>**Aaron Dorfner**<br>State Bar No. 24040824<br>adorfner@cbtd.com<br>**Monique R. Wimberly**<br>State Bar No. 24110540<br>mwimberly@cbtd.com |
|  | **ATTORNEYS FOR CITY OF STANTON, TEXAS** |

### CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2025, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Western District of Texas, using the electronic case filing (CM/ECF) system of the court.

By: /s/ Holly B. Williams
Holly B. Williams